IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-02-633-01 |
| | § | |
| JOHN BEARD | § | |

**ORDER**

John Beaird's Motion to Take Judicial Notice [Doc. # 182] is **denied as moot**.

It is **SO ORDERED**.

SIGNED at Houston, Texas, this **6th** day of **April, 2006.**

_____
Nancy F. Atlas
United States District Judge